UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60011-CR-RUIZ/Strauss
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

UNITED STATES OF AMERICA

vs.

**BRYAN JOSE DILONE,**

            **Defendant.**
_____/

## INFORMATION

The United States Attorney charges that:

### COUNT 1

From on or about May 17, 2017 through on or about May 19, 2017, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**BRYAN JOSE DILONE,**

did knowingly and willfully combine, conspire, confederate and agree with others known and unknown to the United States Attorney to distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

With respect to the defendant, **BRYAN DILONE,** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five hundred (500) grams or more of mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B).

## COUNT 2

On or about on or about May 17, 2017 through on or about May 19, 2017, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**BRYAN JOSE DILONE,**

did knowingly and intentionally attempt to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that the controlled substance involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine.

_[signature]_
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_Donald F. Chase, II_
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

BRYAN JOSE DILONE,

                    Defendant/.

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
- [ ] Miami
- [ ] Key West
- [✔] FTL
- [ ] WPB
- [ ] FTP

New defendant(s)   [ ] Yes   [ ] No
Number of new defendants ___
Total number of counts ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____

4. This case will take __4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days   [✔]
   - II   6 to 10 days
   - III   11 to 20 days
   - IV   21 to 60 days
   - V   61 days and over

   (Check only one)
   - Petty
   - Minor
   - Misdemeanor
   - Felony [✔]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**
   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **Yes**

*Donald F. Chase, II*
DONALD F. CHASE, II
Assistant United States Attorney
Court ID No. A5500077

*Penalty Sheet(s) attached                                               REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** BRYAN JOSE DILONE

**Case No:** _____

Count #: 1

Conspiracy to Possess with the Intent to Distribute Cocaine

21 U.S.C. § 846

**\* Max.Penalty:** Forty (40) years' with 5 years' mandatory imprisonment; $5,000,000 fine; at least 4 years' and up to term of life of supervised release.

Count #: 2

Attempted Possession with the Intent to Distribute Cocaine

21 U.S.C. § 841(a)(1)

**\*Max. Penalty:** Forty (40) years' with 5 years' mandatory imprisonment; $5,000,000 fine; at least 4 years' and up to term of life of supervised release.

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Bryan Jose Dilone | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*